

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed a motion to abate this appeal so that the trial court can make findings of fact and conclusions of law with respect to its denial of appellant's motion to suppress. The reporter's record reflects that appellant requested on the record in open court that the trial court make findings of fact and conclusions of law. *See State v. Oages*, 210 S.W.3d 643, 644 n.3 (Tex. Crim. App. 2006); *Blocker v. State*, 231 S.W.3d 595, 596-97 (Tex. App.—Waco 2007, no pet.). Pursuant to *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), when requested by the losing party, a trial court is required to state its essential findings. *See also State v. Elias*, 339 S.W.3d 667, 676-77 (Tex. Crim. App. 2011). We, therefore, ABATE this appeal and REMAND the cause to the trial court so that it can make its essential findings relating to its decision to deny appellant's motion to suppress. We ORDER the trial court to make findings of fact and conclusions of law on or before **April 4, 2014**. We ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within **10 days** of the trial court filing its findings of fact and conclusions of law. We ORDER the court reporter to file a reporter's record of any hearing held on this issue within **30 days** of such a hearing.

We note that appellant's motion also requests the record to be supplemented. However, since the motion, a third supplemental clerk's record has been filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court